UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Ivan Almagro                                    Case No: 20-22825-LMI
                                                Chapter 13

_____Debtor_____/

## EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES

COME NOW the, debtors by and through their undersigned counsel and files this Ex-Parte Motion for Extension of time to file Schedules, Summary of Schedules, Statement of Financial Affairs, Payment Advices and Statement of Monthly Income and all other applicable documents.

1. At the time of filing the Petition for Relief the Debtor did not have all the necessary information to complete the required Schedules, Statement of Affairs and required documents.
2. The debtors filed for Chapter 13 bankruptcy relief on November 24, 2020.
3. For this reason, we are requesting an additional 20 days from today to file all the necessary documents.
4. The administration of the estate will not be delayed as a result of the extension of time.

**WHEREFORE,** the undersigned moves this Court for an order in accordance with the foregoing.

                                    Robert Sanchez, Esq.
                                    355 West 49 Street
                                    Hialeah, FL 33012
                                    Tel. (305)-687-8008

                                    By:   */s/ Robert Sanchez*
                                    Robert Sanchez, Esquire
                                    FBN#0442161