

**ORDERED in the Southern District of Florida on December 8, 2020.**

                                                      Laurel M. Isicoff
                                                      Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Ivan Almagro                                              Case No: 20-22825-LMI
                                                                  Chapter 13

             Debtor             /

# ORDER GRANTING DEBTOR'S EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES

This matter having come before the court on the ex-parte motion of the Debtors for an extension of time to file schedules, due notice having been given and the court being duly advised it is ORDERED.

1. The Debtors Ex-Parte Motion for Extension of Time is Granted.

2. The Debtor shall have till December 28, 2020 to file all the required documents.

# # #

Submitted by: Robert Sanchez, Esq. 355 West 49th Street, Hialeah, Florida 33012 (305) 687-8008 attorneysanchez@yahoo.com Copies to: Trustee, Debtor Robert Sanchez is directed to serve copies of this order on he parties noted above and to file a certificate of service.